AUSA Jeffrey H. Cramer (312) 886-7631

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION**

**<u>AFFIDAVIT OF INDICTMENT IN REMOVAL PROCEEDINGS</u>**

**MAGISTRATE JUDGE VALDEZ**

UNITED STATES OF AMERICA        )
                                )   Case Number:
NORTHERN DISTRICT OF ILLINOIS   )
                                    **08CR 0099**

The undersigned Affiant personally appeared before Maria Valdez, a United States Magistrate Judge, and being duly sworn on oath, states: that in Greenville, South carolina, one Esther Elizabeth Reed was charged with the violation of Sections 1341, 1343, 1028, and 408 of the United States Code, Title 18, for the offense of Fraud and Identity Theft, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Bench Warrant is outstanding for the arrest of said defendant. (See attached Indictment and Warrant for Arrest).

**WHEREFORE**, Affiant prays that the defendant be dealt with according to law.

*[signature]*
Brad Boydston
United States Secret Service

Subscribed and Sworn to before me
this <u>4th</u> day of <u>February</u>, 2008

*[signature]*
Maria Valdez
United States Magistrate Judge

**FILED**

FEB - 4 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

<u>Jeffrey H. Cramer</u>
Name of Assistant U.S. Attorney
Assigned to this case.

Bond set [or recommended] by issuing Court at <u>no bond set</u>
(State conditions or that no bond set)

AO 442 (Rev. 5/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

UNITED STATES OF AMERICA

v.

WARRANT FOR ARREST

ESTHER ELIZABETH REED

CASE NUMBER: 6:07-1110

(Name and Address of Defendant)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ESTHER ELIZABETH REED_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation

charging him or her with (brief description of offense)

*For charges, see attached copy of Indictment. A copy of the indictment is attached for service on defendant.*

in violation of Title __18 AND 42__ United States Code, Section(s) __1341, 1343, 1028A(a)(1) AND 408(a)(7)(B).__

Larry W. Propes
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk
Title of Issuing Officer

Sept. 12, 2007  Greenville, South Carolina
Date and Location

by  s/ William M. Catoe
Name of Judicial Officer
United States Magistrate Judge

TO BE SET BY JUDICIAL OFFICER BEFORE WHOM
DEFENDANT INITIALLY APPEARS

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:07-1110 |
| | ) | 18 USC § 1341 |
| | ) | 18 USC § 1343 |
| vs. | ) | 18 USC § 1028A(a)(1) |
| | ) | 42 USC § 408(a)(7)(B) |
| | ) | |
| ESTHER ELIZABETH REED | ) | SEALED INDICTMENT |

COUNT 1                                    **SEALED**

THE GRAND JURY CHARGES:

1. That beginning on a date unknown to the Grand Jury but beginning at least on or about October 29, 2003, and continuing to the date of this Indictment, in the District of South Carolina and elsewhere, the Defendant, ESTHER ELIZABETH REED (REED), devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises and during such period above, in the course of executing such scheme and artifice to defraud, did use the United States Mail and knowingly cause matters and things to be delivered by private and commercial interstate carriers, said scheme and artifice as more fully stated below.

Purpose and Objective of the Scheme and Artifice to Defraud

2. It was REED's purpose and objective to devise a scheme and artifice to defraud other persons and organizations by assuming the identity of a person known to the Grand Jury and referred to herein as "A".

3. It was further REED's purpose and objective to fraudulently apply for and

FEB-04-2008 MON 09:40 AM US ATTORNEYS OFFICE          FAX NO. 18642333158            P. 03
Case 1:08-cr-00099    Document 1    Filed 02/04/2008    Page 4 of 8

6:07-cr-01110-CRI *SEALED*    Date Filed 09/12/2007    Entry Number 2    Page 2 of 6

receive over one-hundred thousand dollars ($100,000) in student loans in the name of "A" and to attend Columbia University under the assumed identity of "A".

4.   It was further REED's purpose and objective to obtain credit cards in the name of "A" and to purchase items.

5.   Finally, it was REED's purpose and objective to obtain a United States passport in the name of "A" in an effort to continue her assumed identity.

### Manner and Means of the Scheme and Artifice to Defraud

6.   It was part of the scheme and artifice to defraud that the Defendant, REED, would do and cause to be done the following:

   a.   On or about October 29, 2003, REED began holding herself out as "A" whose last known residence was in South Carolina and who had been missing since 1999.

   b.   On or about October 29, 2003, REED fraudulently obtained an Ohio identification card by presenting the name, date of birth and social security number of "A".

   c.   On or about December 15, 2003, REED took the high school equivalency test in Ohio using "A's" name, date of birth and social security number and did receive a GED in the name of "A".

   d.   REED used the name, date of birth and social security number of "A" to take the SAT test, a college admission test, in California, and on May 12, 2004, REED received a SAT score in "A's" name.

   e.   On or about May 13, 2004, REED applied to Columbia University using the identification of "A". On June 10, 2004, REED was accepted to Columbia University

FEB-04-2008 MON 09:40 AM US ATTORNEYS OFFICE          FAX NO. 18642333158          P. 04
Case 1:08-cr-00099   Document 1   Filed 02/04/2008   Page 5 of 8

6:07-cr-01110-CRI *SEALED*   Date Filed 09/12/2007   Entry Number 2   Page 3 of 6

School of General Studies, and in or around August 2004, REED began attending Columbia University using the identification of "A".

    f.    Beginning at least in or about October 2904 and continuing through in or about July 2006, REED applied for and began receiving student loans from lending institutions in the name of "A".

    g.    On or about February 24, 2005, REED applied to the South Carolina Department of Vital Statistics for a duplicate copy of "A's" birth certificate. In connection with this application, REED presented an Ohio identification card, Columbia University school identification and the social security number of "A".

    h.    On or about March 4, 2005, REED received a duplicate copy of "A's" birth certificate at a UPS Store mail box in Northampton, Massachusetts, such mail box being registered in the name of "A".

    i.    On or about April 14, 2006, REED applied for a United States passport in the name of "A" by presenting the name, social security number, and birth certificate of "A" to the United States Department of State.

### The Mailing

7.    On or about March 3, 2005, in the District of South Carolina, for the purpose of executing the aforesaid scheme and artifice to defraud, the Defendant, ESTHER ELIZABETH REED, did knowingly cause to be delivered via a commercial interstate carrier, a duplicate copy of "A's" birth certificate from Columbia, South Carolina, to Northampton, Massachusetts.

In violation of Title 18, United States Code, Section 1341.

FEB-04-2008 MON 09:40 AM US ATTORNEYS OFFICE        FAX NO. 18642333158         P. 05
Case 1:08-cr-00099   Document 1   Filed 02/04/2008   Page 6 of 8

6:07-cr-01110-CRI *SEALED*    Date Filed 09/12/2007    Entry Number 2    Page 4 of 6

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

1.  That beginning on a date unknown to the Grand Jury but beginning at least on or about October 29, 2003, and continuing to the date of this Indictment, in the District of South Carolina and elsewhere, the Defendant, ESTHER ELIZABETH REED, devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises and during such period above, in the course of executing such scheme and artifice to defraud, did knowingly transmit and cause to be transmitted in interstate commerce, by means of wire communications, certain electronic signals, such scheme and artifice described in Count 1 and such wire communications being more fully set forth below.

2.  Paragraphs 2 - 6 above are re-alleged herein verbatim.

3.  On or about February 24, 2005, in the District of South Carolina, ESTHER ELIZABETH REED, for the purpose of executing the above scheme and artifice to defraud, knowingly did cause an electronic communication from a place outside of South Carolina to the South Carolina Department of Vital Statistics, located in South Carolina, for the purpose of purchasing a duplicate copy of a birth certificate of "A".

In violation of Title 18, United States Code, Section 1343.

4

FEB-04-2008 MON 09:40 AM US ATTORNEYS OFFICE        FAX NO. 18642333158                P. 06
Case 1:08-cr-00099   Document 1   Filed 02/04/2008   Page 7 of 8

6:07-cr-01110-CRI *SEALED*        Date Filed 09/12/2007      Entry Number 2        Page 5 of 6

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about February 24, 2005, in the District of South Carolina, ESTHER ELIZABETH REED, for the purpose of obtaining a birth certificate of a person known as "A", did knowingly and with the intent to deceive, falsely represent a number to be the social security number assigned to her, when in truth and fact, as she well knew, the social security number was not the social security number assigned to her by the Commissioner of Social Security.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

That on or about February 24, 2005, in the District of South Carolina, the Defendant, ESTHER ELIZABETH REED, during and in relation to a felony violation of Title 18, United States Code, Section 1341; a felony violation of Title 18, United States Code, Section 1343; and a felony violation of Title 42, United States Code, Section 408(a)(7)(B), as charged in Counts 1, 2 and 3, did knowingly possess and use without lawful authority a means of identification of another person, to wit: an Ohio identification card and Columbia University student identification card of another person identified as "A" in Counts 1, 2 and 3 for the purpose of obtaining a duplicate copy of "A's" birth certificate from the South Carolina Department of Vital Statistics.

All in violation of Title 18, United States Code, Section 1028A(a)(1).


A ___ True ___ Bill

s/ Foreperson
FOREPERSON


s/ Reginald I. Lloyd
REGINALD I. LLOYD   (www)
United States Attorney