# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 99 | **DATE** | 2/4/2008 |
| **CASE TITLE** | USA vs. Esther Elizabeth Reed | | |

**DOCKET ENTRY TEXT**

Removal proceeding held on 2/4/08 as to Esther Elizabeth Reed. Defendant appears in response to the arrest on 2/4/08. Defendant informed of her rights. Defendant waives identity hearing. Enter order appointing Paul Flynn of the Federal Defender Program as counsel for defendant for the removal proceedings only. Defendant having waive detention hearing without prejudice. Defendant agrees not to contest removal in custody. Order defendant removed the District of South Carolina as soon as possible to face the charges there pending against her.

■ [ For further detail see separate order(s).]     Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|