# United States District Court

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.     )<br>ESTHER E. REED )<br>_____ )<br>) | NO. 08 CR 99 |

## ORDER APPOINTING COUNSEL

The above-named defendant has testified under oath or has filed with the court an Affidavit of Financial Status and thereby satisfied this court that he or she is financially unable to employ counsel.

Accordingly, the FEDERAL DEFENDER PROGRAM is hereby appointed to represent this defendant in the above designated case unless relieved by an order of this court or by order of the court of appeals.

DATE: 2/4/08

ENTER:

_Maria Valdez_

Signature of U.S. District Court Judge,
Magistrate Judge (or Clerk or Deputy
Clerk by order of the Court)