

MICHAEL W. DOBBINS
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



February 11, 2008

Mr. Larry W. Propes
Clerk
United States District Court
Matthew J. Perry Jr.
  United States Courthouse
901 Richland Street
Columbia, SC 29201

RE: U.S.A. vs. Esther Reed
Case No: 08cr99-1

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

( x ) Docket Sheet                          ( ) Temporary Commitment

(X ) Affidavit in Removal Proceedings       ( ) Final Commitment

(x ) Financial Affidavit                    (x ) Order of Removal

( x ) Order appointing counsel              ( ) Order setting conditions of release

( ) CJA 20 Form                             ( ) Detention Order

(x ) Appearance form                        ( ) Appearance Bond

( ) Other                                   ( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By:_____
Ellenore Duff, Deputy Clerk