

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x KURT MCKAUGHAN     ☐ Agent
                     ☐ Addressee

B. KURT MCKAUGHAN   C. Date of Delivery 2-16-08

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

1. Article Addressed to:

   Mr. Larry W. Propes, Clerk
   United States District Court
   Matthew J. Perry Jr.
     United States Courthouse
   901 Richland Street
   Columbia, SC 29201

   08cr99-1

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*     7007 0710 0003 4410 4336

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-

# FILED

FEB 2 0 2008  YM

Feb 20, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT