

**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

RECEIVED
USDC CLERK, COLUMBIA, SC

2008 FEB 15  AM 11: 53

February 11, 2008

Mr. Larry W. Propes
Clerk
United States District Court
Matthew J. Perry Jr.
  United States Courthouse
901 Richland Street
Columbia, SC 29201

**FILED**
J N
FEB 27 2008
Feb 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: U.S.A. vs. Esther Reed
Case No: 08cr99-1

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

( x) Docket Sheet                              ( )Temporary Commitment

(X ) Affidavit in Removal Proceedings         ( ) Final Commitment

(x ) Financial Affidavit                       (x ) Order of Removal

( x) Order appointing counsel                  ( ) Order setting conditions of release

( ) CJA 20 Form                                ( ) Detention Order

(x ) Appearance form                           ( ) Appearance Bond

( ) Other                                      ( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By: _____
Ellenore Duff, Deputy Clerk